**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division**

Malibu Media LLC

                        Plaintiff,

v.                                                    Case No.: 1:15−cv−10707
                                                  Honorable Rebecca R. Pallmeyer

Neill Jacobson, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 6, 2016:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Status hearing held on 7/6/2016. Defendant to serve discovery requests within ten (10) days. Discovery to close 9/30/2016. Status hearing set for 9/7/2016 at 9:00 AM. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.